IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>counsel: Linda Lipe<br>counsel:<br><br>vs<br><br>**ROBBIE CANTRELL**<br>counsel: Bruce Eddy<br>counsel: | Judge : Bill Wilson<br>Reporter: G. Power<br>Clerk: M. Johnson<br>Interpreter:<br>USPO: K. Davis<br><br><br><br>Date: April 25, 2007<br><br>CASE NO: 4:95CR0041-01-WRW |

### COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 10:04 a.m.**                                                                                          **End: 10:25 a.m.**

**Court calls case and reviews to present; deft admits violations of petition; Court finds violation occurred; sentence imposed; 14 MONTHS BOP; No supervised release to follow; deft remanded into custody of U.S. Marshal..**

**Amended J&C to be entered.**

**Court in recess.**

CourthearingMinutes.Revo.wpd